## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CRAIG ALLEN PHELPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: CIV-23-755-F |
| | ) | |
| (1) DANIEL HOLLIMAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO
## EXTEND ALL SCHEDULLING ORDER DEADLINES

Upon consideration of the Joint Motion to Extend Scheduling Order Deadlines (Dkt. #19), and for good cause shown, the Court hereby GRANTS the motion. The amended deadlines will be as follows:

| DEADLINE | EXTENDED FROM: | EXTENDED TO: |
|---|---|---|
| Plaintiff to file a final list of witnesses | 5/10/24 | 8/10/24 |
| Plaintiff to file a final list of exhibits | 5/10/24 | 8/10/24 |
| Defendant to file a final list of witnesses | 5/24/24 | 8/24/24 |
| Defendant to file a final list of exhibits | 5/24/24 | 8/24/24 |
| Defendant to file objections to Plaintiff's exhibit list | 5/24/24 | 8/24/24 |
| Dispositive and *Daubert* motions | 6/1/24 | 9/1/24 |
| Plaintiff to file objections to Defendant's exhibit list | 6/7/24 | 9/7/24 |
| Discovery Completed | 8/15/24 | 11/15/24 |
| Trial Docket | 9/16/24 | 12/3/24 |

| Designations of deposition testimony to be used at trial | See chambers rules, Part I | See chambers rules, Part I |
|---|---|---|
| Motions in Limine | 8/26/24 | 11/12/24 |
| Requested Voir Dire | 8/26/24 | 11/12/24 |
| Trial Briefs | 8/26/24 | 11/12/24 |
| Requested jury instructions and proposed verdict forms | 8/26/24 | 11/12/24 |
| Final Pretrial Report | 8/26/24 | 11/12/24 |
| Responses/objections to pretrial filings | | 11/26/24 |

**IT IS SO ORDERED** this 28th day of May, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0755p003.PO.docx