## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) CRAIG ALLEN PHELPS, )
)
Plaintiff, )
)
v. )
) Case No. CIV-23-755-F
(1) DANIEL HOLLIMAN )
(2) TOWN OF DIBBLE, )
  OKLAHOMA, )
)
Defendants. )

## DEFENDANTS' EXHIBIT LIST

The following exhibits are expected to be introduced at the time of trial:

| No. | Exhibit | Bates No. |
|---|---|---|
| 1. | Digital body-worn camera recordings of Jessica Dobbs at time of the Plaintiff's arrest and booking on March 16, 2022. | |
| 2. | Digital body-worn camera recording of Sgt. Daniel Holliman taken during his interaction with Plaintiff at the Dibble Police Department on March 16, 2022. | |
| 3. | Digital body-worn camera recording of Sgt. Daniel Holliman taken during his interaction with Plaintiff at Norman Regional Hospital on March 16, 2022. | |
| 4. | Dibble Police Department Surveillance video of Plaintiff on March 16, 2022. | |
| 5. | Synchronized video of exhibit 2 and exhibit 4. | |
| 6. | Plaintiff's Medical Records from Norman Regional Hospital. | |
| 7. | Plaintiff's Medical Records from St. Anthony's Hospital. | |
| 8. | Medical records from any health care provider who treated Plaintiff for injuries that occurred on March 16, 2022. | |
| 9. | Still photos extracted from the digital body worn camera recordings. | |
| 10. | All exhibits endorsed by the Plaintiff not objected to by these Defendants. | |

| 11. | Documents yet to be provided to Defendants from Plaintiff pursuant to discovery requests sent June 22, 2024. | |
|---|---|---|
| 12. | Additional exhibits identified in discovery. | |

Defendants reserve the right to supplement this list.

Respectfully submitted,

   /s/ Scott B. Wood   
Scott B. Wood, OBA 12536  
WOOD, PUHL & WOOD, P.L.L.C.  
2409 E. Skelly Drive, Suite 200  
Tulsa, Oklahoma 74105  
*Tel* (918) 742-0808 / *Fax* (918) 742-0812  
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on August 26, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel Smolen  
Sterling Simms  
*Attorneys for Plaintiff*

/s/ Scott B. Wood