# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| 1) CRAIG ALLEN PHELPS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 23-cv-755-F |
| 1) DANIEL HOLLIMAN, et al., | ) |
| Defendants. | ) |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' FINAL EXHIBIT LIST

**COMES NOW** Plaintiff, Craig Allen Phelps, by and through his attorneys of record, and hereby submits his objections to Defendants' Final Exhibit List in accordance with the Court's Scheduling Order.

## Defendants' Exhibit List:

| No. | Defendants' Exhibit | Plaintiff's Objection(s) |
|---|---|---|
| 1. | Digital body-worn camera recordings of Jessica Dobbs at time of Plaintiff's arrest and booking on March 16, 2022. | Relevance, waste of time, confuses the issues, more prejudicial than probative. FRE 401-403. |
| 2. | Digital body-worn camera recordings of Sgt. Daniel Holliman taken during his interaction with Plaintiff at the Dibble Police Department on March 16, 2022. | |
| 3. | Digital body-worn camera recordings of Sgt. Daniel Holliman taken during his interaction with Plaintiff at Norman Regional Hospital on March 16, 2022. | |

1

| | | |
|---|---|---|
| | | |
| 4. | Dibble Police Department Surveillance video of Plaintiff on March 16, 2020. | |
| 5. | Synchronized video of exhibit 2 and exhibit 4. | Has not been produced by Defendant. Objections reserved until it has been reviewed. |
| 6. | Plaintiff's Medical Records from Norman Regional Hospital. | Insufficient identification. Relevance, waste of time, confuses the issues, more prejudicial than probative. FRE 401-403. |
| 7. | Plaintiff's Medical Records from St. Anthony's Hospital. | Insufficient identification. Relevance, waste of time, confuses the issues, more prejudicial than probative. FRE 401-403. |
| 8. | Medical Records from any health care provider who treated Plaintiff for injuries that occurred on March 16, 2022. | Insufficient identification. Relevance, waste of time, confuses the issues, more prejudicial than probative. FRE 401-403. |
| 9. | Still photos extracted from the digital body worn camera recordings. | Insufficient identification. Has not been produced by Defendant. Relevance, waste of time, confuses the issues, more prejudicial than probative. FRE 401-403. |
| 10. | All exhibits endorsed by the Plaintiff not objected to by these Defendants | |
| 11. | Documents yet to be provided to Defendants from Plaintiff pursuant to discovery requests sent June 22, 2024. | |
| 12. | Additional exhibits identified in Discovery | |

Plaintiff asserts a general objection to all exhibits not specifically identified by the Defendants, including its reference to "all exhibits listed by plaintiff".

2

Respectfully submitted,

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Smolen & Roytman
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669
Email: danielsmolen@ssrok.com
Email: bobblakemore@ssrok.com
Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

/s/Daniel E. Smolen
Daniel E. Smolen