UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

CRAIG ALLEN PHELPS                          )
                                            )
                    Plaintiff(s),           )
v.                                          )          Case No.  23-cv-755-F
TOWN OF DIBBLE et al                        )
                                            )
                    Defendant(s).           )

NOTICE OF CONVENTIONAL FILING

Please take notice that (Plaintiff/Defendant)  Defendant_____, (Name of Party)

Daniel Holliman_____,

shall conventionally file the original and one copy of the following document, paper or other material:

Exhibits 5, 7, 8, 10, 11, 12, 16, 22 and 24_____
                    (Title of Document, Paper or Other Material)

This document, paper, or other material has not been filed electronically because:

[✔]    it cannot be converted to electronic format

[ ]    the electronic file size of this material exceeds 20 megabytes (MB)

[ ]    the Court by Order has excused electronic filing

[ ]    it is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures
       Manual

The document, paper, or other material will be conventionally served on all parties.

s/ Scott B. Wood_____
Name   Scott B. Wood
Attorney bar number, if applicable 12536
Address  4037 E. 49th St.
City, State, Zip Code Tulsa, OK 74105
Phone: 918-742-0808
Fax: 918-742-0812
E-mail: okcoplaw@aol.com

## *Certificate of Service*

☑ I hereby certify that on (date) October 4, 2024_____, I filed the attached document with the

Clerk of Court.  Based on the records currently on file in this case, the Clerk of Court will transmit a

Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

☐ I hereby certify that on (date) _____, I filed the attached document with the

Clerk of Court and served the attached document by (service method)

_____ on the following, who are not

registered participants of the Electronic Case Filing System:  (insert names and addresses)

s/ Scott B. Wood_____
Signature