UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CRAIG ALLEN PHELPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: CIV-23-755-F |
| | ) | |
| (1) DANIEL HOLLIMAN, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING PLAINTIFF'S *UNOPPOSED* MOTION TO EXTEND DEADLINE TO FILE RESPONSES IN OPPOSITION TO DEFENDANTS HOLLIMAN AND TOWN OF DIBBLE'S MOTIONS FOR SUMMARY JUDGMENT

Upon consideration of Plaintiff's Unopposed Motion to Extend the Deadline to File His Responses in Opposition to Defendants Holliman and Town of Dibble's Motions for Summary Judgment (Dkt. #36) and for good cause shown, the Court hereby GRANTS the motion. The amended deadline will be as follows:

| DEADLINE | EXTENDED FROM: | EXTENDED TO: |
|---|---|---|
| Plaintiff's Responses in Opposition to Defendants' Motions for Summary Judgment | 10/22/24 | 11/5/24 |

IT IS SO ORDERED this 23rd day of October, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0755p007.PO.docx

1