IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRAIG ALLEN PHELPS | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-23-755-F ) |
| DANIEL HOLLIMAN TOWN OF DIBBLE, OKLAHOMA, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Before the Court is Defendants' Unopposed Motion to Strike the Trial Date and All Other Remaining Dates in the Scheduling Order Pending the Court's Resolution of Qualified Immunity Defense (Dkt. 42). For good cause shown and exercising its discretion, the court **GRANTS** the Motion. The court **STRIKES** the case from the January 13, 2025 trial docket and **STRIKES** the remaining pretrial deadlines (discovery; motions in limine, requested voir dire, trial briefs, requested jury instructions, proposed verdict forms and objections or responses thereto; and final pretrial order). The January 7, 2025 Docket Call is also **STRICKEN**.

**IT IS SO ORDERED** this 12th day of November, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0755p009.PO.rev.docx